IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Alisha N. Cable, Individually and As Next Of Kin to A.B.C., a Minor Child,** § § § | |
| **Plaintiff,** § § | |
| **v.** § | No. CIV 10-435-JHP |
| § | |
| **Wal-Mart Stores, Inc., Leviton Manufacturing Co., Inc., Pacific Electricord Company, Ho Wah Genting Kintron SDN BHD d/b/a and f/k/a Kintron SDN BHD and Ho Wah Genting Berhad,** § § § § § § § | |
| **Defendants.** § | |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On the 2nd day of May, the Court conducted an evidentiary hearing and considered Plaintiff's Motion for Default Judgment, in which Plaintiff Alisha N. Cable seeks a default judgment against Ho Wah Genting Kintron SDN BHD d/b/a and f/k/a Kintron SDN BHD, and/or Ho Wah Genting Berhad ( the "Ho Wah Defendants"). The Court Clerk entered default on June 17, 2011. Doc. 34.

After examining Plaintiff's filings regarding the Ho Wah Defendants, especially the Clerk's Entry of Default, and after conducting the evidentiary hearing, the Court GRANTS Plaintiff's Motion for Default Judgment in all things and renders judgment for Plaintiff against the Ho Wah Defendants in the amount of **a)** four hundred thousand dollars ($400,000) to A.B.C., a minor child; and **b)** one hundred seventy-five thousand dollars ($175,000) to Plaintiff Alisha Cable, A.B.C.'s mother.

The Ho Wah Defendants are and shall be joint and severally liable for all judgment amounts set forth herein.

**IT IS SO ORDERED** this 2nd day of May, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma

**APPROVED AND ENTRY REQUESTED:**

Respectfully submitted,

s/ John W. Arnold
L. Ray Maples, II, OBA#18586
Nicole R. Snapp-Holloway, OBA#18472
MAPLES LAW FIRM
2908 Via Esperanza
Edmond, OK  73013
405-478-3737 Telephone
405-488-1485 Facsimile
Email:  ray@mapleslawokc.com
          nicole@mapleslawokc.com

David W. Crowe, OBA#22800
John W. Arnold, TX Bar No. 00795231
BAILEY/CROWE & KUGLER, LLP
6550 Bank of America Plaza
901 Main Street
Dallas, TX 75202
214-231-0555 Telephone
214-231-0556 Facsimile
Email: dcrowe@bcklaw.com
          jarnold@bcklaw.com

**ATTORNEYS FOR PLAINTIFF ALISHA N. CABLE, INDIVIDUALLYAND AS NEXT OF KIN TO A.B.C., A MINOR CHILD**