# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

ALISHA N. CABLE, et al.,               )
                                       )
              Plaintiff,               )
                                       )
                                       )
v.                                     )          Case No. 10-CV-435-JHP
                                       )
WAL-MART STORES, INC., et al.,         )
                                       )
              Defendants.              )

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On May 31, 2012, the United States Magistrate Judge entered a Findings and Recommendation in regard to a the Parties' Motion for Approval of Settlement Agreement Involving Minor Child, A.B.C.  Specifically, the Magistrate Judge found that the motion has merit, that the settlement is fair and is in the best interest of A.B.C., the minor son of Alisha N. Cable, and found that the motion should be approved and granted in all respects. Additionally, the Magistrate Judge determined the allocation of the settlement money and attorney's fees was reasonable and appropriate. ( Dkt.#95).  The Magistrate Judge further ordered counsel to pay the medical expenses of $11,762.37 to the appropriate providers and to file a brief accounting of all funds disbursed within one (1) week after the final disbursement is made.  The parties waived filing any objections to the Magistrate Judge's Findings and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Findings and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Findings and Recommendation entered by the United States Magistrate Judge on May 31, 2012, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 11th day of June,  2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma