IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Alisha N. Cable, Individually and As Next Of Kin to A.B.C., a Minor Child, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. CIV 10-435-JHP |
| Wal-Mart Stores, Inc., Leviton Manufacturing Co., Inc., Pacific Electricord Company, Ho Wah Genting Kintron SDN BHD d/b/a and f/k/a Kintron SDN BHD and Ho Wah Genting Berhad, | § § § § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On May 2, 2012 the Court signed an Order on Plaintiff's Motion for Default Judgment against Ho Wah Genting Kintron SDN BHD d/b/a and f/k/a Kintron SDN BHD and Ho Wah Genting Berhad (hereinafter "the Ho Wah Defendants"). Doc. 89. All other defendants in this matter have been voluntarily dismissed and are no longer parties. This includes Wal-Mart Stores, Inc., which has settled with Plaintiff and has been dismissed with prejudice. Doc. 98. Plaintiff has now moved for entry of final judgment against the Ho Wah Defendants. Doc. 99. The Court has considered the motion and now, to fully conclude this action, renders judgment against the Ho Wah Defendants as follows:

1. It is adjudged, decreed and ordered that Plaintiff Alisha Cable, individually, recover the sum of one hundred seventy five thousand dollars (**$175,000.00**) from the Ho Wah defendants, for which sum the Ho Wah defendants are joint and severally liable.

1

2. It is further adjudged, decreed and ordered that A.B.C., the minor child of Plaintiff Alisha Cable, recover the sum of four hundred thousand dollars **($400,000.00)** from the Ho Wah Defendants, for which sum the Ho Wah Defendants are joint and severally liable.

3. It is further adjudged, decreed and ordered that post-judgment interest shall be recovered on both sums, by Alisha Cable and A.B.C. respectively, under the terms, in the manner and at the rate prescribed by 12 O.S. §727.1.

The Court orders execution to issue for this judgment. All relief not granted in this judgment is DENIED. This is a FINAL JUDGMENT.

**IT IS SO ORDERED** this 25th day of June, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

**APPROVED AS TO FORM AND SUBSTANCE:**

s/ John W. Arnold
L. Ray Maples, II, OBA#18586
Maples Law Firm
2908 Via Esperanza
Edmond, OK 73013
405-478-3737
405-488-1485 facsimile

David W. Crowe, OBA#22800
John W. Arnold, TX Bar No. 00795231
BAILEY/CROWE & KUGLER, LLP
6550 Bank of America Plaza
901 Main Street
Dallas, TX 75202
214-231-0555
214-231-0556 facsimile

**COUNSEL FOR PLAINTIFF
ALISHA N. CABLE**